# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE ROGERS,<br><br>       Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>       Defendant. | Case No.: 1:13-cv-01270 - JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 9) |

On January 6, 2014, the parties filed a stipulation for an extension of time for Defendant to prepare and lodge the administrative transcript. (Doc. 9.) Notably, the Scheduling Order allows a single thirty-day extension of time by the stipulation of parties, which has not been used by the parties. (*See* Doc. 5 at 4.)

Accordingly, **IT IS HEREBY ORDERED**:

1. The request for an extension of time is **GRANTED**; and

2. Defendant **SHALL** file the administrative record on or before **February 5, 2014**.

IT IS SO ORDERED.

Dated:   **January 8, 2014**            /s/ Jennifer L. Thurston
                                 UNITED STATES MAGISTRATE JUDGE

1