UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE ROGERS, | ) Case No.: 1:13-cv-01270- JLT |
| Plaintiff, | ) ORDER GRANTING EXTENSION OF TIME |
| v. | ) (Doc. 13) |
| CAROLYN COLVIN,<br>Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

On May 12, 2014, the parties stipulated for Plaintiff to have a sixty-day extension of time to file an opening brief. (Doc. 13.) The administrative record was filed on February 5, 2014, and as a result the opening brief in the matter was to be filed no later than May 13, 2014. (*See* Doc. 5 at 2) (explaining a claimant has 95 days from the filing of the administrative record to file an opening brief if the Commissioner does not agree to a remand). However, the Scheduling Order permits a single thirty-day extension of time by stipulation of the parties. (*Id.* at 4.) Any further extensions of time require a showing of good cause. (*Id.*)

Here, the parties assert that the request for an extension of time exceeding the thirty days permitted by stipulation "is made on behalf of Plaintiff who seeks the assistance of new counsel to represent him in this matter before the Court." (Doc. 13 at 2.) Accordingly, the parties request Plaintiff be given additional time to file an opening brief in this action.

1

Good cause appearing, **IT IS HEREBY ORDERED**:

1. The extension of time is **GRANTED**;
2. Plaintiff **SHALL** file an opening brief no later than **July 11, 2014**; and
3. Plaintiff is cautioned that <u>**no further extensions will be granted for the filing of his opening brief regardless of whether he is successful in finding new counsel**</u>, and failure to comply with this Order will result in the matter being dismissed for failure to prosecute and failure to comply with the Court's Orders pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated: **May 12, 2014**                    /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE