UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE ROGERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:13-cv-01270- JLT<br><br>ORDER SETTING BRIEFING SCHEDULE ON COUNSEL'S MOTION TO WITHDRAW |

On July 11, 2014, attorney Young Cho filed a motion to withdraw as attorney of record for Plaintiff Willie Rogers ("Plaintiff").  (Doc. 15.)

The matter is not set for hearing, and as such it is necessary for the Court to set briefing deadlines regarding the motion.  Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff and Defendant **SHALL** respond to the motion **no later than July 30, 2014**, either by filing an opposition or notice of non-opposition; and

2. The Clerk of Court is DIRECTED to serve a copy of this Order upon Plaintiff at the following address:

    > Willie Rogers
    > 1110 Feliz Drive, Apt. A
    > Bakersfield, CA 93307

///

1

3.   Plaintiff is cautioned that the failure to respond to the motion may result in the motion being granted as unopposed.

IT IS SO ORDERED.

Dated:   **July 14, 2014**                             **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE