**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIE ROGERS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:13-cv-01270- JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR HIS FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH THE COURT'S ORDER |

On May 12, 2014, the Court granted Plaintiff an extension of time to file an opening brief in the action, ordering Plaintiff to file an opening brief no later than July 11, 2014, "regardless of whether he is successful in finding new counsel." (Doc. 14, emphasis omitted). To date, Plaintiff has failed to file an opening brief or otherwise respond to the Court's order.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order); *Malone v. U.S.*

*Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff **SHALL** to show cause **no later than July 30, 2014** why the action should not be dismissed for his failure to prosecute and failure comply with the Court's order or, in the alternative, to file his opening brief; and

2. The Clerk of Court is DIRECTED to serve a copy of this Order upon Plaintiff at the following address:

> Willie Rogers
> 1110 Feliz Drive, Apt. A
> Bakersfield, CA 93307

IT IS SO ORDERED.

Dated:   **July 14, 2014**                   **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE

2